IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rowells, Craig T | Case Number: 05 B 58410 |
|---|---|---|
| | Rowells, Lorraine A | Judge: Hollis, Pamela S |
| | Printed: 1/23/07 | Filed: 4/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 22, 2006
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,600.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,523.20 |
| Trustee Fee: |  | 76.80 |
| Other Funds: |  | 0.00 |
| Totals: | 1,600.00 | 1,600.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph A Baldi & Associates, P.C. | Administrative | 1,937.00 | 1,523.20 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Bank Of America | Secured | 0.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 1,051.65 | 0.00 |
| 6. | Poplar Creek Family Practice Ltd | Priority | 860.00 | 0.00 |
| 7. | American Express Centurion | Unsecured | 0.00 | 0.00 |
| 8. | Target National Bank | Unsecured | 0.00 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 10. | B-Real LLC | Unsecured | 179.40 | 0.00 |
| 11. | Credit First | Unsecured | 275.09 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 13. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 14. | Chase Bank | Unsecured | 0.00 | 0.00 |
| 15. | St Alexius Medical Center | Unsecured | 46.81 | 0.00 |
| 16. | US Department Of Education | Unsecured | 1,946.83 | 0.00 |
| 17. | GE Money Bank | Unsecured | 746.66 | 0.00 |
| 18. | American Express Travel Relate | Unsecured | 0.00 | 0.00 |
| 19. | Truelogic Financial Corp | Unsecured | 2,494.84 | 0.00 |
| 20. | Credit First | Unsecured | 192.11 | 0.00 |
| 21. | GE Money Bank | Unsecured | 137.20 | 0.00 |
| 22. | B-Real LLC | Unsecured | 202.12 | 0.00 |
| 23. | Harris Bank | Unsecured | 878.54 | 0.00 |
| 24. | Fifth Third Bank | Secured |  | No Claim Filed |
| 25. | Citi Cards | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rowells, Craig T | | Case Number: 05 B 58410 |
|---|---|---|---|
| | Rowells, Lorraine A | | Judge: Hollis, Pamela S |
| | Printed: 1/23/07 | | Filed: 4/25/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 27. | Chase Advantage Credit | Unsecured | | No Claim Filed |
| 28. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 29. | Behavioral Health | Unsecured | | No Claim Filed |
| 30. | American Express | Unsecured | | No Claim Filed |
| 31. | Discover Financial Services | Unsecured | | No Claim Filed |
| 32. | Exxon Mobil | Unsecured | | No Claim Filed |
| 33. | American Express | Unsecured | | No Claim Filed |
| 34. | Citi Cards | Unsecured | | No Claim Filed |
| 35. | MRI River North | Unsecured | | No Claim Filed |
| 36. | Elk Grove MRI | Unsecured | | No Claim Filed |
| 37. | Medical Correspondence Mang | Unsecured | | No Claim Filed |
| 38. | Medical Imaging Professionals SC | Unsecured | | No Claim Filed |
| 39. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 40. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 41. | Puga M.D. & Associates, S.C | Unsecured | | No Claim Filed |
| 42. | Target Greatland | Unsecured | | No Claim Filed |
| 43. | Providian | Unsecured | | No Claim Filed |
| 44. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 45. | BP Amoco | Unsecured | | No Claim Filed |
| 46. | Rehabilitation Institute | Unsecured | | No Claim Filed |
| 47. | Service Medical Equip | Unsecured | | No Claim Filed |
| 48. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 49. | Sears Family Dental | Unsecured | | No Claim Filed |
| 50. | Radiological Cons Woodstock | Unsecured | | No Claim Filed |
| 51. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 52. | Student Loan Corp | Unsecured | | No Claim Filed |
| 53. | Lake View Dental Asso. | Unsecured | | No Claim Filed |
| 54. | Household Bank FSB | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,948.25 | $ 1,523.20 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 76.80 |
| | _____ |
| | $ 76.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____