UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CRAIG T. & LORRAINE A. ROWELLS, | ) | Case No. 05-58410-PSH |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

**Trustee's Final Report**

To: The Honorable Pamela S. Hollis
United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 15, 2005 and Joseph A. Baldi, Trustee was appointed Trustee. On April 25, 2006, this case voluntarily was converted to one under chapter 13 of the Code. Thereafter, on September 22, 2006 ("Re-conversion Date"), the case was re-converted to one under chapter 7 of the Code and Joseph A. Bald again was appointed as the Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of November 19, 2008 is as follows:

| | | |
|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | $20,188.15 |
| b. | DISBURSEMENTS (See Exhibit C) | $19.05 |
| c. | NET CASH available for distribution | $20,169.10 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested | $2,768.65 |
| | 2. Trustee Expenses | $0.00 |

3. Compensation requested by attorney or other professionals for trustee

| | | |
|---|---|---|
| (a.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $2,871.00 |
| (b.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee Firm)* | $47.43 |

5. The Bar Date for filing unsecured claims expired on March 22, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $5,687.08 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $103,084.05 |

7. Trustee proposes that unsecured creditors receive a distribution of 15.53% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee *Trustee Compensation* | $1,523.20 | $1,245.45 | $0.00 |
| Joseph A. Baldi & Associates, P.C. *Attorney for Trustee* | $0.00 | $2,871.00 | $47.43 |

9. A fee of $750.00 was paid to Debtors' Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: November 26, 2008

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

Trustee's Final Report

Craig & Lorraine Rowells
05-58410

Tasks Completed by Trustee

Exhibit A

EXHIBIT A

TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A. Trustee investigated the Debtors' interest in the Property; with the aid of a real estate broker, Trustee identified that the Property was undervalued on the Debtors' schedules and that there may be equity available to the Estate; Debtors subsequently informed the Trustee that they would voluntarily convert the case to one under chapter 13 of the Code; in late February 2006, Debtors filed a motion to voluntarily convert the case, but due to technical problems with their filing, the Court did not enter an order converting the case until April 25, 2006; in the interim, Trustee prepared and filed multiple motions to extend the time within which to object to the Debtors' discharge in order to, among other things, protect the Trustee's interest in the Estate; upon the Re-conversion Date, Trustee negotiated with the Debtors for a sale of the equity in the Property; Trustee directed his attorneys to prepare a motion to sell and pursuant to this Court's order dated June 21, 2007, Trustee recovered gross proceeds in the amount of $20,000.00 representing a settlement of the Debtors equity in the Property;

B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E. Trustee directed his counsel to examine proofs of claim filed against the Estate; Trustee requested that this counsel contact and communicate with numerous creditors to procure the withdrawal or amendment of certain objectionable claims;

    F.    Trustee analyzed the tax issues of the Estate; and

    G.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

Form I
Individual Estate Property Record and Report

Exhibit B

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 05-58410   PSH   Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ROWELLS, CRAIG T | Date Filed (f) or Converted (c): | 09/26/06 (c) |
| | ROWELLS, LORRAINE A | 341(a) Meeting Date: | 11/29/06 |
| For Period Ending: | 12/04/08 | Claims Bar Date: | 03/22/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 260,000.00 | 20,000.00 | | 20,000.00 | FA |
| 2. Checking, Savings Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,835.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 5. Furs & Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 6. Interests-IRA, ERISA, KEOGH, & etc | 6,000.00 | 0.00 | | 0.00 | FA |
| 7. Other Contingent Unliquidated Claim Workman's compensation claim | 0.00 | 0.00 | | 0.00 | FA |
| 8. Automobiles and Other Vehicles | 7,000.00 | 0.00 | | 0.00 | FA |
| 9. Automobiles and Other Vehicles | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. Other Personal Property | 100.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 188.15 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $278,035.00 | $20,000.00 | $20,188.15 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case originally filed under ch. 7; Trustee examined Debtors and discovered substantial equity in residence. Advised he would have to sell. Debtors converted case to Ch. 13 and Trustee obtained order allowing fees incurred in ch. 7 as administrative claim in the ch. 13. Debtors unable to obtain confirmation of Chapter 13 plan and subsequently converted case back to ch. 7. Trustee has filed asset notice; Negotiated sale of RE back to Debtors for $20,000. Obtained court approval of same and collected proceeds. Will review claims and close case.

Initial Projected Date of Final Report (TFR): 06/01/08     Current Projected Date of Final Report (TFR): 09/01/08

LFORM1                                                                                                                                     Ver: 14.11

Trustee's Final Report

Craig & Lorraine Rowells
05-58410

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

Form 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-58410 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ROWELLS, CRAIG T | Bank Name: | Bank of America, N.A. |
| | ROWELLS, LORRAINE A | Account Number / CD #: | *******0753 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7122 | | |
| For Period Ending: | 12/04/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 02/20/07 | 1 | Craig & Lorraine Rowells<br>1055 Worthington Dr.<br>Hoffman Estates, IL  60194 | Sale of RE back to Debtor | 1110-000 | 20,000.00 | | 20,000.00 |
| C 02/28/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.19 | | 20,003.19 |
| C 03/30/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 16.98 | | 20,020.17 |
| C 04/30/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 16.46 | | 20,036.63 |
| C 05/31/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 17.02 | | 20,053.65 |
| C 06/29/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 16.47 | | 20,070.12 |
| C 07/31/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 17.06 | | 20,087.18 |
| C 08/31/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 17.06 | | 20,104.24 |
| C 09/28/07 | 11 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 12.80 | | 20,117.04 |
| C 10/31/07 | 11 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 12.82 | | 20,129.86 |
| C 11/30/07 | 11 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 10.75 | | 20,140.61 |
| C 12/31/07 | 11 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 9.63 | | 20,150.24 |
| C 01/31/08 | 11 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 7.98 | | 20,158.22 |
| C t 02/19/08 | | Transfer to Acct #*******5928 | Bank Funds Transfer | 9999-000 | | 19.05 | 20,139.17 |
| C 02/29/08 | 11 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 4.79 | | 20,143.96 |
| C 03/31/08 | 11 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 4.76 | | 20,148.72 |
| C 04/30/08 | 11 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 4.13 | | 20,152.85 |
| C 05/30/08 | 11 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.56 | | 20,155.41 |
| C 06/30/08 | 11 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.48 | | 20,157.89 |
| C 07/31/08 | 11 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.56 | | 20,160.45 |
| C 08/29/08 | 11 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.56 | | 20,163.01 |
| C 09/30/08 | 11 | Bank of America, N.A | Interest Rate 0.150 | 1270-000 | 2.48 | | 20,165.49 |
| C 10/31/08 | 11 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.96 | | 20,167.45 |
| C 11/28/08 | 11 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.65 | | 20,169.10 |

LFORM2T4

Ver: 14.11

Form 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-58410 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ROWELLS, CRAIG T | Bank Name: | Bank of America, N.A. |
| | ROWELLS, LORRAINE A | Account Number / CD #: | ******0753 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******7122 | | |
| For Period Ending: | 12/04/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | Account ******0753 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | Deposits | 20,000.00 | 0 | Checks | 0.00 |
| | | | 22 | Interest Postings | 188.15 | 0 | Adjustments Out | 0.00 |
| | | | | | | 1 | Transfers Out | 19.05 |
| | | | | Subtotal | $ 20,188.15 | | Total | $ 19.05 |
| | | | 0 | Adjustments In | 0.00 | | | |
| | | | 0 | Transfers In | 0.00 | | | |
| | | | | Total | $ 20,188.15 | | | |

LFORM2T4

Ver: 14.11

Form 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No:          | 05-58410 -PSH        |
|-------------------|----------------------|
| Case Name:        | ROWELLS, CRAIG T     |
|                   | ROWELLS, LORRAINE A  |
| Taxpayer ID No:   | ******7122           |
| For Period Ending:| 12/04/08             |

| Trustee Name:              | Joseph A. Baldi, Trustee                        |
|----------------------------|-------------------------------------------------|
| Bank Name:                 | Bank of America, N.A.                           |
| Account Number / CD #:     | *******5928 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00                              |
| Separate Bond (if applicable): |                                             |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
|   |   |   |   |   | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|   |   |   | BALANCE FORWARD |   |   |   | 0.00 |
| C t 02/19/08 |   | Transfer from Acct #*******0753 | Bank Funds Transfer | 9999-000 | 19.05 |   | 19.05 |
| C 02/19/08 | 001001 | International Sureties | Bond Premium Payment | 2300-000 |   | 19.05 | 0.00 |
|   |   | 701 Pydras Street #420 | 2008 Annual premium payment |   |   |   |   |
|   |   | New Orleans, LA 70139 |   |   |   |   |   |

* Reversed
t Funds Transfer
C Bank Cleared

| Account ******5928 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 1 | Checks | 19.05 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 19.05 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 19.05 | | | |
| | | Total | $ 19.05 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 20,000.00 | 1 | Checks | 19.05 |
| | 22 | Interest Postings | 188.15 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 19.05 |
| | | Subtotal | $ 20,188.15 | | | |
| | | | | | Total | $ 38.10 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 19.05 | | | |
| | | Total | $ 20,207.20 | | Net Total Balance | $ 20,169.10 |

LFORM2T4

Ver: 14.11

# Trustee Compensation Analysis Report

Case Number: 07-00022
Debtor Name: OJEDA, ERNEST J.

| Account | Transaction | Name | Date | Amount | Gross | Compensable |
|---|---|---|---|---:|---:|---:|
| 4429235876 | Interest | Total Interest Earned | / / | 86.62 | 86.62 | 86.62 |
| 4429235876 | Deposit# 3 | CHEVRON USA, INC. | 01/29/08 | 261.75 | 261.75 | 261.75 |
| 4429235876 | Deposit# 4 | CHEVRON USA, INC. | 01/29/08 | 273.51 | 273.51 | 273.51 |
| 4429235876 | Deposit# 1 | CHEVRON USA, INC. | 01/29/08 | 289.08 | 289.08 | 289.08 |
| 4429235876 | Deposit# 2 | CHEVRON USA, INC. | 01/29/08 | 289.96 | 289.96 | 289.96 |
| 4429235876 | Deposit# 6 | CHEVRON USA, INC. | 02/05/08 | 380.31 | 380.31 | 380.31 |
| 4429235876 | Deposit# 8 | CHEVRON USA, INC. | 05/05/08 | 388.08 | 388.08 | 388.08 |
| 4429235876 | Deposit# 17 | CHEVRON USA, INC. | 08/15/08 | 403.78 | 403.78 | 403.78 |
| 4429235876 | Deposit# 9 | CHEVRON USA, INC. | 05/05/08 | 411.79 | 411.79 | 411.79 |
| 4429235876 | Deposit# 20 | CHEVRON USA, INC. | 11/25/08 | 415.04 | 415.04 | 415.04 |
| 4429235876 | Deposit# 21 | CHEVRON USA, INC. | 11/25/08 | 427.19 | 427.19 | 427.19 |
| 4429235876 | Deposit# 10 | CHEVRON USA, INC. | 07/15/08 | 434.54 | 434.54 | 434.54 |
| 4429235876 | Deposit# 11 | CHEVRON USA, INC. | 07/15/08 | 439.88 | 439.88 | 439.88 |
| 4429235876 | Deposit# 7 | CHEVRON USA, INC. | 02/11/08 | 444.04 | 444.04 | 444.04 |
| 4429235876 | Deposit# 13 | CHEVRON USA, INC. | 07/16/08 | 466.71 | 466.71 | 466.71 |
| 4429235876 | Deposit# 19 | CHEVRON USA, INC. | 11/25/08 | 519.85 | 519.85 | 519.85 |
| *4429235876 | Deposit# 16 | OJEDA | 08/13/08 | 15,750.00 | 18,000.00 | 15,750.00 |
| 4429235876 | Deposit# 14 | OJEDA | 08/01/08 | 25,000.00 | 25,000.00 | 25,000.00 |
| *4429235876 | Deposit# 18 | TICOR | 09/09/08 | 278,062.58 | 973,748.42 | 940,248.42 |
| | | | **Grand Totals:** | **324,744.71** | **1,022,680.55** | **986,930.55** |

* Indicates Gross Differs From Compensable
TCOMP2

Printed: 12/03/08 02:45 PM    Ver: 14.11

Trustee's Final Report

Craig & Lorraine Rowells
05-58410

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CRAIG T. & LORRAINE A. ROWELLS, | ) | Case No. 05-58410-PSH |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

## Proposed Distribution Report

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $4,163.88 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims [507(a)(3)-(a)(6)]: | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $16,005.22 |
| Interest [726(a)(5)]: | $0.00 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $20,169.10 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $5,687.08 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $2,768.65 | $1,245.45 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee firm)* | $2,871.00 | $2,871.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee firm)* | $47.43 | $47.43 |
| | **CLASS TOTALS** | **$5,687.08** | **$4,163.88** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

EXHIBIT D

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

EXHIBIT D

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 102,708.57 | 15.53 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Discover Bank *General Unsecured 726* | $9,275.46 | $1,445.41 |
| 000002 | American Express Centurion Bank *General Unsecured 726* | $6,560.59 | $1,022.35 |
| 000003 | American Express Travel Related *General Unsecured 726* | $4,381.81 | $682.82 |
| 000004 | Target National Bank *General Unsecured 726* | $1,061.59 | $165.43 |
| 000005 | World Financial Network National *General Unsecured 726* | $140.46 | $21.89 |
| 000006 | World Financial Network National *General Unsecured 726* | $122.28 | $19.05 |
| 000009 | Chase Bank, USA, NA *General Unsecured 726* | $1,254.04[1] | $195.42 |
| 000010 | Credit First NA *General Unsecured 726* | $1,200.68 | $187.10 |
| 000011 | Credit First NA *General Unsecured 726* | $1,719.31 | $267.92 |
| 000012 | United States Dept Of Education *General Unsecured 726* | $12,167.68 | $1,896.11 |
| 000014 | St. Alexius Medical Center *General Unsecured 726* | $292.55 | $45.58 |
| 000015 | B-Real, LLC/Chase Bank USA, N.A. *General Unsecured 726* | $1,263.28 | $196.86 |
| 000016 | B-Real, LLC/Chase Bank USA, N.A. *General Unsecured 726* | $1,121.23 | $174.72 |
| 000017 | Mile Rock, True Logic Financial | $15,592.72 | $2,429.84 |

---

[1] Claim No. 30, filed on November 17, 2008, states on its face that it amends Claim No. 9. Accordingly, Claim No. 30 is not listed on this Proposed Distribution Report and Claim No. 9, listed herein, is amended to reflect the amount and classification of claim as asserted on Claim No. 30.

EXHIBIT D

| Claim Number | Creditor | | |
|---|---|---:|---:|
| 000018 | *General Unsecured 726*<br>Recovery Management Systems | $857.48 | $133.62 |
| 000019 | *General Unsecured 726*<br>Capital Recovery One Assignee | $4,666.64 | $727.21 |
| 000023 | *General Unsecured 726*<br>Poplar Creek Family Practice | $860.00[2] | $134.02 |
| 000024 | *General Unsecured 726*<br>Citibank ( South Dakota ) N.A. | $8,812.73 | $1,373.30 |
| 000025 | *General Unsecured 726*<br>Citibank (South Dakota). N.A. | $1,004.90 | $156.59 |
| 000026 | *General Unsecured 726*<br>Citibank Na As Trustee | $15,843.18 | $2,468.86 |
| 000027 | *General Unsecured 726*<br>Harris N A | $4,277.74 | $666.61 |
| 000028 | *General Unsecured 726*<br>E-Cast Settlement Corporation<br>*General Unsecured 726* | $10,232.22 | $1,594.50 |
| | **CLASS TOTALS** | **$102,708.57** | **$16,005.22** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Tardily filed unsecured claims | $375.48 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 000029 | American Express Travel Related Serv, *General Unsecured 726* | $375.48 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

---

[2] Claim No. 23, filed on January 23, 2007, states on its face that it amends Claim No. 7. Claim No. 31, filed on November 20, 2008, states on its face that it amends Claim No. 23. Accordingly, Claim Nos. 7 and 31 are not listed on this Proposed Distribution Report. Claim No. 23, listed herein, is amended to reflect the amount and classification of claim as asserted on Claim No. 31.

**EXHIBIT D**

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 000008 | Bank of America N.A. 475 Crosspoint Parkway P.O. Box 9000 Getzville, New York 14068 | 183,532.29 | WITHDRAWN |
| S | 000013 | Ford Motor Credit Company Drawer 55-953 POB 55000 Detroit, MI 48255-0953 | 1,051.65 | WITHDRAWN |
| U | 000020 | HARRIS NA 3800 GOLF ROAD STE 300 ROLLING MEADOWS, IL 60008 ATTN: KENDRA MCNEIL | 5,490.86 | WITHDRAWN |
| U | 000021 | Credit First NA P O Box 818011 Cleveland, OH 44181 | 1,200.68 | WITHDRAWN |
| U | 000022 | Credit First NA P O Box 818011 Cleveland, OH 44181 | 1,719.31 | WITHDRAWN |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   November 26, 2008                            /s/Joseph A. Baldi, Trustee

EXHIBIT D