UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-58410 PSH |
| ROWELLS, CRAIG T | § | |
| ROWELLS, LORRAINE A | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on      , and it was converted to chapter 7 on     . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Joseph A. Baldi, Trustee_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fifth Third Bank |  |  |  |  |  |
| Harris Bank |  |  |  |  |  |
| BANK OF AMERICA N.A. |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FORD MOTOR CREDIT COMPANY | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BP Amoco | | | | | |
| Bank of America | | | | | |
| Behavioral Healthcare Assoc. | | | | | |
| Chase | | | | | |
| Citibank | | | | | |
| Elk Grove Open MRI | | | | | |
| Exxon Mobile | | | | | |
| Household Bank | | | | | |
| JC Penney | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lakeview Dental | | | | | |
| Lane Bryant | | | | | |
| MRI Arlington Heights | | | | | |
| Marshall Fields | | | | | |
| Medical Corresp. Manag. | | | | | |
| Medical Imaging Prof. S.C. | | | | | |
| New York & Co | | | | | |
| Providian Visa | | | | | |
| Puga MD & Assoc. | | | | | |
| Quest Diagnostics | | | | | |
| Quest Diagnostics | | | | | |
| Radiological Consult. Woods | | | | | |
| Rehab Inst. of Chicago | | | | | |
| Sears | | | | | |
| Sears Dental | | | | | |
| Service Medical Equip | | | | | |
| St. Alexius Med. Center | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| St. Alexius Medical Center | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| AMERICAN EXPRESS TRAVEL RELATED | | | | | |
| B-REAL, LLC/CHASE BANK USA, N.A. | | | | | |
| B-REAL, LLC/CHASE BANK USA, N.A. | | | | | |
| CAPITAL RECOVERY ONE ASSIGNEE | | | | | |
| CHASE BANK, USA, NA | | | | | |
| CITIBANK ( SOUTH DAKOTA ) N.A. | | | | | |
| CITIBANK (SOUTH DAKOTA). N.A. | | | | | |
| CITIBANK NA AS TRUSTEE | | | | | |
| CREDIT FIRST NA | | | | | |
| CREDIT FIRST NA | | | | | |
| CREDIT FIRST NA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CREDIT FIRST NA | | | | | |
| DISCOVER BANK | | | | | |
| ECAST SETTLEMENT CORPORATION | | | | | |
| HARRIS N A | | | | | |
| HARRIS NA | | | | | |
| MBNA-TRUE LOGIC DEPOSITED W/CLERK | | | | | |
| POPLAR CREEK FAMILY PRACTICE | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| ST. ALEXIUS MEDICAL CENTER | | | | | |
| TARGET NATIONAL BANK | | | | | |
| UNITED STATES DEPARTMENT OF EDUCATI | | | | | |
| WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERCAN EXPRESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-58410 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | ROWELLS, CRAIG T | | | Date Filed (f) or Converted (c): | 09/26/06 (c) |
| | ROWELLS, LORRAINE A | | | 341(a) Meeting Date: | 11/29/06 |
| For Period Ending: | 08/14/09 | | | Claims Bar Date: | 03/22/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 260,000.00 | 20,000.00 | | 20,000.00 | FA |
| 2. Checking, Savings Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,835.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 5. Furs & Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 6. Interests-IRA, ERISA, KEOGH, & etc | 6,000.00 | 0.00 | | 0.00 | FA |
| 7. Other Contingent Unliquidated Claim      Workman's compensation claim | 0.00 | 0.00 | | 0.00 | FA |
| 8. Automobiles and Other Vehicles | 7,000.00 | 0.00 | | 0.00 | FA |
| 9. Automobiles and Other Vehicles | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. Other Personal Property | 100.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 189.40 | Unknown |
| TOTALS (Excluding Unknown Values) | $278,035.00 | $20,000.00 | | $20,189.40 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case originally filed under ch. 7;Trustee examined Debtors and discovered substantial equity in residence.  Advised he would have to sell.  Debtors converted case to Ch. 13 and Trustee obtained order allowing fees incurred in ch. 7 as administrative claim in the ch. 13.  Debtors unable to obtain confirmation of Chapter 13 plan  and subseuqently converted case back to ch. 7.  Trustee has filed asset notice;  Negotiated sale of RE back to Debtors for $20,000.  Obtained court approval of same and collected proceeds.  Final report filed; final hearing scheduled February 12, 2009.

Initial Projected Date of Final Report (TFR): 06/01/08       Current Projected Date of Final Report (TFR): 09/01/08

LFORM1
UST Form 101-7-TDR (4/1/2009) *(Page: 10)*

Ver: 14.31c

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-58410 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ROWELLS, CRAIG T | | Bank Name: | Bank of America, N.A. |
| | ROWELLS, LORRAINE A | | Account Number / CD #: | *******0753 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7122 | | | |
| For Period Ending: | 08/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/07 | 1 | Craig & Lorraine Rowells<br>1055 Worthington Dr.<br>Hoffman Estates, IL 60194 | Sale of RE back to Debtor | 1110-000 | 20,000.00 | | 20,000.00 |
| 02/28/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.19 | | 20,003.19 |
| 03/30/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 16.98 | | 20,020.17 |
| 04/30/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 16.46 | | 20,036.63 |
| 05/31/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 17.02 | | 20,053.65 |
| 06/29/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 16.47 | | 20,070.12 |
| 07/31/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 17.06 | | 20,087.18 |
| 08/31/07 | 11 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 17.06 | | 20,104.24 |
| 09/28/07 | 11 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 12.80 | | 20,117.04 |
| 10/31/07 | 11 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 12.82 | | 20,129.86 |
| 11/30/07 | 11 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 10.75 | | 20,140.61 |
| 12/31/07 | 11 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 9.63 | | 20,150.24 |
| 01/31/08 | 11 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 7.98 | | 20,158.22 |
| 02/19/08 | | Transfer to Acct #*******5928 | Bank Funds Transfer | 9999-000 | | 19.05 | 20,139.17 |
| 02/29/08 | 11 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 4.79 | | 20,143.96 |
| 03/31/08 | 11 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 4.76 | | 20,148.72 |
| 04/30/08 | 11 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 4.13 | | 20,152.85 |
| 05/30/08 | 11 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.56 | | 20,155.41 |
| 06/30/08 | 11 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.48 | | 20,157.89 |
| 07/31/08 | 11 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.56 | | 20,160.45 |
| 08/29/08 | 11 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.56 | | 20,163.01 |
| 09/30/08 | 11 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.48 | | 20,165.49 |
| 10/31/08 | 11 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.96 | | 20,167.45 |
| 11/28/08 | 11 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.65 | | 20,169.10 |
| 12/31/08 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 1.01 | | 20,170.11 |
| 01/30/09 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,170.28 |
| 02/16/09 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 20,170.35 |
| 02/16/09 | | Transfer to Acct #*******5928 | Final Posting Transfer | 9999-000 | | 20,170.35 | 0.00 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-58410 -PSH |
| Case Name: | ROWELLS, CRAIG T |
| | ROWELLS, LORRAINE A |
| Taxpayer ID No: | *******7122 |
| For Period Ending: | 08/14/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0753  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Transfer funds for final distribution.  ecb February 16, 2009, 03:52 pm | | | | |

```
              Account *******0753        Balance Forward           0.00
                                   1     Deposits             20,000.00         0    Checks              0.00
                                  25     Interest Postings       189.40         0    Adjustments Out     0.00
                                                             _____        2    Transfers Out  20,189.40
                                         Subtotal          $ 20,189.40                               _____
                                                                                     Total       $   20,189.40
                                   0     Adjustments In           0.00
                                   0     Transfers In             0.00
                                                             _____
                                         Total             $ 20,189.40
```

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

Ver: 14.31c

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-58410 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ROWELLS, CRAIG T | | Bank Name: | Bank of America, N.A. |
| | ROWELLS, LORRAINE A | | Account Number / CD #: | *******5928 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7122 | | | |
| For Period Ending: | 08/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0753 | Bank Funds Transfer | 9999-000 | 19.05 | | 19.05 |
| 02/19/08 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 19.05 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/16/09 | | Transfer from Acct #*******0753 | Transfer In From MMA Account | 9999-000 | 20,170.35 | | 20,170.35 |
| | | | Transfer funds for final distribution. ecb February 16, 2009, 03:52 pm | | | | |
| 04/21/09 | 001002 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 1,245.45 | 18,924.90 |
| | | 19 S. LaSalle Street | Trustee received the balance of his allowed amount | | | | |
| | | Suite 1500 | ($1,523.20) from the chapter 13 Estate funds | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 04/21/09 | 001003 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,871.00 | 16,053.90 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| 04/21/09 | 001004 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Expenses (Trus | 3120-000 | | 47.43 | 16,006.47 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| 04/21/09 | 001005 | Discover Bank/ | Claim 000001, Payment 15.58% | 7100-000 | | 1,445.52 | 14,560.95 |
| | | Discover Financial Services | | | | | |
| | | PO Box 8003 | | | | | |
| | | Hilliard OH 43026 | | | | | |
| 04/21/09 | 001006 | American Express Centurion Bank | Claim 000002, Payment 15.58% | 7100-000 | | 1,022.43 | 13,538.52 |
| | | c/o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| 04/21/09 | 001007 | American Express Travel Related | Claim 000003, Payment 15.58% | 7100-000 | | 682.88 | 12,855.64 |
| | | Services Co Inc | | | | | |
| | | c/o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern PA 19355-0701 | | | | | |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

Ver: 14.31c

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-58410 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ROWELLS, CRAIG T | | Bank Name: | Bank of America, N.A. |
| | ROWELLS, LORRAINE A | | Account Number / CD #: | *******5928 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7122 | | | |
| For Period Ending: | 08/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/21/09 | 001008 | Target National Bank (f.k.a. Retailers National Ba TARGET c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Claim 000004, Payment 15.58% | 7100-000 | | 165.44 | 12,690.20 |
| 04/21/09 | 001009 | World Financial Network National Bank Lane Bryant Retail c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Claim 000005, Payment 15.58% | 7100-000 | | 21.89 | 12,668.31 |
| 04/21/09 | 001010 | World Financial Network National Bank New York & Company c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Claim 000006, Payment 15.59% | 7100-000 | | 19.06 | 12,649.25 |
| 04/21/09 | 001011 | Chase Bank, USA, NA POB 100018 Kennesaw, GA 30156 | Claim 000009A, Payment 15.58% | 7100-000 | | 195.43 | 12,453.82 |
| 04/21/09 | 001012 | Credit First NA P O Box 818011 Cleveland, OH 44181 | Claim 000010, Payment 15.58% | 7100-000 | | 187.12 | 12,266.70 |
| 04/21/09 | 001013 | Credit First NA P O Box 818011 Cleveland, OH 44181 | Claim 000011, Payment 15.58% | 7100-000 | | 267.94 | 11,998.76 |
| 04/21/09 | 001014 | UNITED STATES DEPARTMENT OF EDUCATION DIRECT LOAN SERVICING CENTER P.O. BOX 5609 GREENVILLE, TX 75403-5609 | Claim 000012, Payment 15.58% | 7100-000 | | 1,896.25 | 10,102.51 |
| 04/21/09 | 001015 | St. Alexius Medical Center | Claim 000014, Payment 15.58% | 7100-000 | | 45.59 | 10,056.92 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

Ver: 14.31c

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-58410 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ROWELLS, CRAIG T | Bank Name: | Bank of America, N.A. |
| | ROWELLS, LORRAINE A | Account Number / CD #: | *******5928 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7122 | | |
| For Period Ending: | 08/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/21/09 | 001016 | 21219 Network Place<br>Chcago, IL 60673-1212<br>B-Real, LLC/Chase Bank USA, N.A. | Claim 000015, Payment 15.58% | 7100-000 | | 196.87 | 9,860.05 |
| 04/21/09 | 001017 | Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA, 98121<br>B-Real, LLC/Chase Bank USA, N.A.<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA, 98121 | Claim 000016, Payment 15.58% | 7100-000 | | 174.74 | 9,685.31 |
| * 04/21/09 | 001018 | Mile Rock, True Logic Financial Corp<br>p.o box 4238<br>englewood. CO 80155-4238 | Claim 000017, Payment 15.58%<br>Multiple telephone inquiries to find CR; Discovered Claim sold and assigned at least; TrueLogic out of business. No one else in chain has info on claim even set up in system.<br><br>Will stop payment. ecb<br><br>July 21, 2009, 08:56 am | 7100-004 | | 2,430.03 | 7,255.28 |
| 04/21/09 | 001019 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba MOBIL<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000018, Payment 15.58% | 7100-000 | | 133.63 | 7,121.65 |
| 04/21/09 | 001020 | Capital Recovery One<br>Assignee of recovery Mgmt<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000019, Payment 15.58% | 7100-000 | | 727.27 | 6,394.38 |
| 04/21/09 | 001021 | Poplar Creek Family Practice<br>1555 Barrington Rd Suite 3450, Bldg 3<br>Hoffman Est, IL 60169 | Claim 000023, Payment 15.58% | 7100-000 | | 134.03 | 6,260.35 |

FORM 2

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-58410 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ROWELLS, CRAIG T | Bank Name: | Bank of America, N.A. |
| | ROWELLS, LORRAINE A | Account Number / CD #: | *******5928 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7122 | | |
| For Period Ending: | 08/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/21/09 | 001022 | Citibank ( South Dakota ) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Claim 000024, Payment 15.58% | 7100-000 | | 1,373.41 | 4,886.94 |
| 04/21/09 | 001023 | Citibank (South Dakota). N.A.<br>DBA: Citgo<br>4740 121st ST<br>Urbandale, Ia 50323 | Claim 000025, Payment 15.58% | 7100-000 | | 156.60 | 4,730.34 |
| 04/21/09 | 001024 | Citibank NA as trustee<br>for the Student Loan Corp<br>c/o Citibank (South Dkota) NA<br>701 E 60th Street North<br>Sioux Falls, SD 57117 | Claim 000026, Payment 15.58% | 7100-000 | | 2,469.06 | 2,261.28 |
| 04/21/09 | 001025 | Harris N A<br>3800 Golf Rd., Suite 300<br>Box 5038<br>Rolling Meadows, IL 60008 | Claim 000027, Payment 15.58% | 7100-000 | | 666.66 | 1,594.62 |
| 04/21/09 | 001026 | eCAST Settlement Corporation<br>successor to<br>CitiBank South Dakota NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000028, Payment 15.58% | 7100-000 | | 1,594.62 | 0.00 |
| * 07/21/09 | 001018 | Mile Rock, True Logic Financial Corp<br>p.o box 4238<br>englewood. CO 80155-4238 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -2,430.03 | 2,430.03 |
| 07/22/09 | 001027 | Kenneth S. Gardner<br>Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn, 7th Floor<br>Chicago, Illinois 60604 | Deposit of Unclaimed Funds 347<br>Claim #17 of Truelogic Financial Corp. | 7100-000 | | 2,430.03 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 16)*

Ver: 14.31c

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-58410 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ROWELLS, CRAIG T | Bank Name: | Bank of America, N.A. |
| | ROWELLS, LORRAINE A | Account Number / CD #: | *******5928 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7122 | | |
| For Period Ending: | 08/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
Account *******5928         Balance Forward          0.00
                      0     Deposits                 0.00      28   Checks              20,189.40
                      0     Interest Postings        0.00       0   Adjustments Out          0.00
                                                                 0   Transfers Out            0.00
                            Subtotal       $         0.00
                                                                     Total         $   20,189.40
                      0     Adjustments In           0.00
                      2     Transfers In        20,189.40

                            Total          $    20,189.40


Report Totals               Balance Forward          0.00
                      1     Deposits            20,000.00      28   Checks              20,189.40
                     25     Interest Postings      189.40       0   Adjustments Out          0.00
                                                                 2   Transfers Out       20,189.40
                            Subtotal       $    20,189.40
                                                                     Total         $   40,378.80
                      0     Adjustments In           0.00
                      2     Transfers In        20,189.40

                            Total          $    40,378.80     Net Total Balance   $        0.00
```

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 17)*

Ver: 14.31c